UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**PIERRE D. COSBY,**

                **Plaintiff,**

v.                                                                               9:15-CV-1125 (BKS/ATB)

**THOMAS LAVALLEY, et al.,**

                **Defendants.**
_____

Appearances:

Pierre D. Cosby
06-B-2319
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902
Plaintiff, pro se

John F. Moore, Esq.
Hon. Eric T. Schneiderman
Office of New York State Attorney General
The Capitol
Albany, NY 12224
Attorney for Defendants

**Hon. Brenda K. Sannes, United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

      Plaintiff pro se Pierre D. Cosby, a New York State inmate, commenced this civil rights action asserting claims under 42 U.S.C. § 1983 arising out of his incarceration at Clinton Correctional Facility. (Dkt. No. 1). On July 3, 2017, Defendants filed a motion for summary judgment, seeking dismissal of the complaint. (Dkt. No. 65). Plaintiff filed a response on November 13, 2017, and Defendants filed a reply on November 22, 2017. (Dkt. Nos. 76, 77). This matter was referred to United States Magistrate Judge Andrew T. Baxter who, on December

15, 2017, issued a Report-Recommendation and Order recommending that Defendants' motion for summary judgment be granted in part and denied in part. (Dkt. No. 78). Magistrate Judge Baxter recommended that the motion for summary judgment be granted as to Defendants Fischer, LaValley, Martin, and Holdridge, and with respect to claims of retaliation as against all Defendants, and that the motion otherwise be denied. (*Id.*). Magistrate Judge Baxter advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the Report, and that the failure to object to the Report within fourteen days would preclude appellate review. (Dkt. No. 78, at 31). No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 78) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendants' motion to for summary judgment (Dkt. No. 65) is **GRANTED in part and DENIED in part;** and it is further

**ORDERED** that Defendants' motion for summary judgment (Dkt. No. 65) is **GRANTED** as to Defendants Fischer, LaValley, Martin, and Holdridge, and that the complaint is **DISMISSED** in its entirety as to these Defendants; and it is further

**ORDERED** that Defendants' motion for summary judgment (Dkt. No. 65) is G**RANTED** with respect to claims of retaliation as against all Defendants; and it is further

**ORDERED** that Defendants' motion for summary judgment (Dkt. No. 65) is **DENIED** in all other respects; and it is further

**ORDERED** that the Plaintiff's remaining claims—the Eighth Amendment excessive force claims as against Defendants Pilon, Stotler, Whalen, and Cross—will be scheduled for trial; and it is further

**ORDERED** that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: January 17, 2018
Syracuse, New York

Brenda K. Sannes
U.S. District Judge

3